IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:25-cv-22706-BB

MARIA PIMENTEL,

Plaintiff,

v.

CARNIVAL CORPORATION,

Defendant.

______________________________________/

## MEDIATOR'S REPORT

The undersigned Mediator hereby reports to the Court the disposition of the mediation of the above-styled action. Mediation was held via Zoom videoconference with all litigants and party representatives present on **May 18, 2026**. The disposition of mediation was:

__X__ The entire action was resolved at mediation.

_____ A partial resolution was achieved. Some issues remain for Court determination.

_____ The action was not resolved, but it shall be rescheduled for continued mediation.

_____ The mediation was temporarily adjourned for further negotiation with the undersigned mediator.

_____ An impasse was declared.

/S/ *Elisabeth M. Rock*

ELISABETH M. ROCK
*Certified Circuit Civil Mediator*

EMC Mediation Solutions

***Mediation, Arbitration, & Presuit Settlement Services***
Tel: **305.720.6088**
Web: EMCMediationSolutions.com
Email: Lis@EMCMediationSolutions.com